UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN DANIEL O'HARE,
    Petitioner,

v.

CASE NO. 2:09-13893
HONORABLE PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

JEFF WOODS,
    Respondent.
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Paul D. Borman, a United States District Court Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on March 30, 2012.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is **DENIED WITH PREJUDICE.**

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability and Leave to Appeal In Forma Pauperis are DENIED.

Dated at Detroit, Michigan, this 30th, day of March, 2012.

                                            DAVID J. WEAVER
                                            CLERK OF THE COURT

**APPROVED:**
                                            BY: s/Julie Owens
                                                DEPUTY CLERK

s/Paul D. Borman
**HON. PAUL D. BORMAN**
**UNITED STATES DISTRICT JUDGE**

I hereby certify that a copy of the foregoing document was mailed to Brian O'hare, 368210 Kinross Correctional Facility, 16770 S. Watertower Drive, Kincheloe, MI 49788 and the attorneys of record on this date, March 30, 2012, by electronic and/or ordinary mail.

                                            S/Julie Owens
                                            Case Manager